UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BOBBIE THOMPSON** | * | **CIVIL ACTION NO. 19-0485** |
| **vs.** | * | **JUDGE TERRY A. DOUGHTY** |
| **CYPRESS GROVE BEHAVIORAL HEALTHCARE A/K/A MERIDIAN BEHAVIORAL HEALTH SYSTEMS F/K/A LIBERTY HEALTHCARE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Defendant Corey Norris' motion to dismiss [doc. # 8] is **GRANTED** and Plaintiff's Title VII and negligent and wrongful hiring, retention, and supervision claims against Defendant Corey Norris are **DISMISSED WITH PREDJUCE**.

Monroe, Louisiana, this 18th day of July, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE