# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **BOBBIE THOMPSON** | * | **CIVIL ACTION NO. 19-0485** |
| **vs.** | * | **JUDGE TERRY A. DOUGHTY** |
| **CYPRESS GROVE BEHAVIORAL HEALTH A/K/A MERIDIAN BEHAVIORAL HEALTH SYSTEMS F/K/A LIBERTY HEALTHCARE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss filed by Defendant Cypress Grove Behavioral Health a/k/a Meridian Behavioral Health Systems f/k/a Liberty Healthcare [doc. # 15] is **GRANTED** and Plaintiff's negligent and wrongful hiring, retention, and supervision claims are **DISMISSED WITH PREDJUCE**.

Monroe, Louisiana, this 8th day of August, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE